# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9098 MRW | Date | March 4, 2013 |
|---|---|---|---|
| Title | Agustin Mares v. Fumios Nursery et al. | | |

| Present: The Honorable | Michael R. Wilner | | |
|---|---|---|---|
| Veronica McKamie | None | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

   The Court, on its own motion, hereby orders plaintiff to show case in writing why this action should not be dismissed for lack of prosecution as to defendant. Plaintiff must file a response to this order or file the proof of service of summons and complaint pursuant to Rule 4 on or before March 18, 2013.

cc:   Parties

:   0

Initials of Preparer   vm